JOHN A. SHEPARDSON, ESQ. SBN: 129081
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
Telephone: (408) 395-3701
Facsimile: (408) 395-0112

Attorneys for Plaintiff,
RAYGINA FOX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYGINA FOX,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, and DOES 1-100, inclusive,<br><br>                    Defendants. | Case No.  2:11-CV-01127-GEB-DAD<br><br>**STIPULATON AND ORDER RE EXTENSION OF DISCOVERY COMPLETION DATE** |

The parties hereby agree to schedule the deposition of a witness at the earliest available date for said witness, which is in August, 2012.  The completion date for all discovery is presently set for July 24, 2012.  The parties jointly request a modification of the scheduling order to allow the discovery completion date to be extended to August 24, 2012.

So agreed:

Dated:  June 4, 2012                                 /S/ JOHN A. SHEPARDSON
                                                                John A. Shepardson, Attorney for
                                                                Plaintiff Raygina Fox

Dated: June 4, 2012                                 /S/ CRAIG E. FARMER
                                                                Craig E. Farmer, Attorney for
                                                                Defendant Progressive Casualty Ins. Co.

**SO ORDERED.**
**Date:  6/5/2012**

                                                                GARLAND E. BURRELL, JR.
                                                                United States District Judge

---

STIPULATION & ORDER RE EXTENSION OF DISCOVERY CUTOFF                                 CASE NO:  2:11-CV-01127-GEB-DAD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & ORDER RE EXTENSION OF DISCOVERY CUTOFF          CASE NO:  2:11-CV-01127-GEB-DAD