**JOHN A. SHEPARDSON, SBN 129081**
59 N. Santa Cruz Ave., Ste. Q
Los Gatos, CA 95030
T (408) 395-3701
F (408) 395-0112
E Shepardsonlaw@me.com

**Attorney for PLAINTIFF**
**RAYGINA FOX**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYGINA FOX, | ) | CASE NO.: 2:11-cv-01127-GEB-DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER RE** |
| | ) | **DISCOVERY, AND DISCOVERY** |
| vs. | ) | **MOTIONS AND DISPOSITIVE MOTIONS** |
| | ) | **DEADLINES** |
| PROGRESSIVE CASUALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | / | |

Pursuant to Local Rule 251 Plaintiff's counsel arranged a live meet and confer session with Defense Counsel on 8/20/12 at 9 a.m., which is required as a condition for filing a Discovery Motion. The meet and confer session was fruitful. The parties hereby stipulate to a joint request to extend the discovery cutoff for 31 days to 9/24/12 and the Disposition Motion filing date cutoff to the same date.

ThIs request is based on the following:

1) Third party witness Teresa Starinieri was subpoenaed to appear for a deposition on 8/16/12. She informed the parties on 8/13/12 that she could not appear because of a pressing "property interest". She then represented that she is available for deposition in

1

mid-September. She is a key witness as she conducted the EUO of Plaintiff. She has confirmed with Plaintiff's counsel on 8/20/12 that she is available on 9/13/12 for her deposition in San Diego, and based thereon we will take her deposition on that date at 10 a.m. This date and location is acceptable to both counsel.

2) Plaintiff was to complete the depositions of Defendant's two adjusters on 8/16/21. Unfortunately, from Plaintiff's perspective, there was excessive speaking and argumentative objections by Defense counsel, which required suspending the deposition. Defense counsel contends his objections are in compliance with FRCP 30(c). The parties jointly agree that a Federal Judge or Magistrate may be contacted during depositions, when issues arise. Defendant acknowledges that Plaintiff will videotape the remaining depositions as a means to facilitate efficient and civil depositions. Counsel have discussed how objections can be properly made in compliance with FCRP 30(c), and allow the depositions to proceed expeditiously. Defense counsel has apologized for an inappropriate objection made during the deposition of Ms. Sauer, and Plaintiff's counsel accepts the apology. Defense counsel has agreed to produce Ms. Sauer and Ms. Monica Jennings in Sacramento, CA for their depositions before the new cutoff date, and to do so sooner, rather than later. Attached hereto, and marked as Exhibit 1 is a true copy of Ms. Sauer's deposition transcript for 8/16/12.

3) Defendant has agreed to produce the Defendant's original claim file for Ms. Fox within 10 days of today.

4) Defense counsel stipulates to the extension of discovery as long as the Dispositive Motion deadline of 8/24/12 is equally extended to 9/24/12. Plaintiff is agreeable that request.

Stipulation&Order-3

*Fox v. Progressive*

5) As for the remaining issue of production emails with Ms. Starinieri, Defendant claims they are privileged, and the parties agree to disagree, and that issue may have to be decided by the court via a formal motion.

**So stipulated:**

Dated:  **August 20, 2012**                                   /S/ John A. Shepardson
                                                             **John A. Shepardson, Esq.**
                                                             **For Plaintiff Raygina Fox**


Dated:  **August 20, 2012**                                   /S/ Craig Farmer
                                                             **Craig Farmer, Esq. for Defendant**
                                                             **Progressive Insurance Company**


## ORDER

Upon the parties' stipulation, the discovery completion date is changed to September 24, 2012. The law and motion completion date need not be changed, since the existing last hearing date for motions is September 24, 2012. See ECF No. 11, 2:15-16.

**Date:  8/24/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge