IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RAYGINA FOX,                        )
                                    )   2:11-cv-01127-GEB-DAD
          Plaintiff,                )
                                    )
     v.                             )   ORDER
                                    )
PROGRESSIVE CASUALTY INSURANCE      )
COMPANY,                            )
                                    )
          Defendant.                )
_____    )
```

Plaintiff filed an Objection on September 25, 2012 to Defendant's Violation of Privacy Rights, in which Plaintiff indicates that "Defendant's Motion for Summary Judgment papers contain private information of Plaintiff Raygina Fox, and others," including birth date information and confidential financial information. (ECF No. 50.) Plaintiff filed a "sampling" of Defendant's summary judgment papers as an exhibit to its Objection, which evinces that identifying information was included in these documents in violation of Federal Rule of Civil Procedure ("Rule") 5.2(a) and Local Rule 140(a). See ECF No. 50-1. Therefore, Defendant shall file a redacted copy of its Motion for Summary Judgment and all supporting papers, which conform to Rule 5.2(a) and Local Rule 140(a), no later than September 28, 2012.

1

Further, the Clerk of the Court shall file Defendant's original Motion for Summary Judgment and supporting papers (ECF Nos. 18-23, 25-42, 44, 47) under seal.

IT IS SO ORDERED.

Dated: September 26, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge