1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    RAYGINA FOX,                      )
                                       )     2:11-cv-01127-GEB-DAD
10                  Plaintiff,         )
                                       )
11          v.                         )     ORDER
                                       )
12   PROGRESSIVE CASUALTY INSURANCE    )
     COMPANY,                          )
13                                     )
                    Defendant.         )
14   _____ )

15          Plaintiff filed an Objection on September 25, 2012 to

16   Defendant's Violation of Privacy Rights, in which Plaintiff indicates

17   that "Defendant's Motion for Summary Judgment papers contain private

18   information of Plaintiff Raygina Fox, and others," including birth date

19   information and confidential financial information. (ECF No. 50.)

20   Plaintiff filed a "sampling" of Defendant's summary judgment papers as

21   an exhibit to its Objection, which evinces that identifying information

22   was included in these documents in violation of Federal Rule of Civil

23   Procedure ("Rule") 5.2(a) and Local Rule 140(a). See ECF No. 50-1.

24   Therefore, Defendant shall file a redacted copy of its Motion for

25   Summary Judgment and all supporting papers, which conform to Rule 5.2(a)

26   and Local Rule 140(a), no later than September 28, 2012.

27

28

Further, the Clerk of the Court shall file Defendant's original Motion for Summary Judgment and supporting papers (ECF Nos. 18-23, 25-42, 44, 47) under seal.

IT IS SO ORDERED.

Dated: September 26, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge