IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYGINA FOX,  )
          Plaintiff,  ) 2:11-cv-01127-GEB-DAD
          v.  ) ORDER DENYING PLAINTIFF'S EX PARTE REQUEST
PROGRESSIVE CASUALTY INSURANCE COMPANY,  )
          Defendant.  )
_____ )

        On September 30, 2012, Plaintiff filed an *ex parte* Request and Objection, in which she seeks an order requiring "Defendant to re-file its [summary judgment] papers, and file under seal, all [non-public personal information contained in the summary judgment papers on the public docket]." (Pl.'s *Ex Parte* Request 5:25-6:1.)

        Plaintiff neither addresses in its *ex parte* request what legal standard governs the request, nor demonstrates that she has satisfied the applicable standard. See <u>Pintos v. Pac. Creditors Ass'n</u>, 605 F.3d 665, 677 (9th Cir. 2010)("Two standards generally govern motions to seal documents[.]") Therefore, Plaintiff's *ex parte* Request is DENIED.

Dated: October 1, 2012

                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge