IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYGINA FOX, | 2:11-cv-01127-GEB-DAD |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S EX PARTE REQUEST |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

On September 30, 2012, Plaintiff filed an *ex parte* Request and Objection, in which she seeks an order requiring "Defendant to re-file its [summary judgment] papers, and file under seal, all [non-public personal information contained in the summary judgment papers on the public docket]." (Pl.'s *Ex Parte* Request 5:25-6:1.)

Plaintiff neither addresses in its *ex parte* request what legal standard governs the request, nor demonstrates that she has satisfied the applicable standard. See Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 677 (9th Cir. 2010)("Two standards generally govern motions to seal documents[.]") Therefore, Plaintiff's *ex parte* Request is DENIED.

Dated: October 1, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1