IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Raygina Fox,  )
 )  2:11-cv-01127-GEB-CKD
        Plaintiff,  )
 )
    v.  )  <u>ORDER RE: SETTLEMENT AND</u>
 )  <u>DISPOSITION</u>
Progressive Casualty Insurance  )
Company,  )
 )
        Defendant.  )
_____

        Plaintiff filed a "Notice of Settlement" on October 17, 2012, in which she states, "the aforementioned matter . . . has been resolved[, t]he parties are in the process of finalizing a Settlement Agreement[,] and [the parties] anticipate filing a Dismissal within four weeks." (ECF No. 66.)

        Therefore, a dispositional document shall be filed no later than November 14, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

///

///

1

Further, in light of the referenced settlement, Defendant's pending motion for summary judgment (ECF No. 53) is deemed withdrawn.

IT IS SO ORDERED.

Dated: October 18, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge