IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Raygina Fox,  )
 ) 2:11-cv-01127-GEB-CKD
       Plaintiff,  )
 )
   v.  ) <u>NOTICE THAT PROPOSED ORDER</u>
 ) <u>WILL NOT BE SIGNED</u>
Progressive Casualty Insurance )
Company,  )
 )
       Defendant.  )
_____

        The parties filed a stipulation and proposed order on October 22, 2012, in which they state:

> The parties, as part of their settlement, jointly request the Court allow Plaintiff's redacting of claimed NPI information in Defendant's Motion for Summary Judgment. The Court is requested to pull from the public website the existing Motion for Summary Judgment, and Plaintiff will re-file Defendant's papers with the claimed NPI redacted.

(ECF No. 68).

        The parties' proposed order will not be signed since the parties have neither complied with applicable sealing procedures nor provided authority supporting the sealing of what they reference in their stipulation as "claimed NPI information." Further, the parties have not sufficiently explained in their stipulation why the Court should direct the Clerk of Court to remove the referenced withdrawn

1

summary judgment motion from the public docket and to authorize the filing of the same withdrawn summary judgment, with redactions.

Dated: October 23, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge